IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-083-FDW-DCK

| | |
|---|---|
| AARON DREW DIXON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEJANDRO MAYORKAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Stay" (Document No. 6) filed February 27, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Stay" (Document No. 6) is **GRANTED**. This matter is hereby **STAYED** until **July 30, 2024**.

**IT IS FURTHER ORDERED** that Defendants shall file a Status Report on or before **July 15, 2024**.

**IT IS FURTHER ORDERED** that Defendants shall answer or otherwise respond to Plaintiffs' Complaint on or before **July 30, 2024**.

**SO ORDERED**.  Signed: February 28, 2024

David C. Keesler
United States Magistrate Judge